PHILIP KAHN, APPELLANT, v. AMERICAN STORES COM-
PANY, INCORPORATED, A CORPORATION, RESPOND-
ENT.

Argued March 4, 1921—Decided June 20, 1921.

On appeal from the Supreme Court, whose opinion is re-
ported in 94 *N. J. L.* 367.

For the appellant, *Robert H. McCarter.*

For the respondent, *Alfred S. March.*

PER CURIAM.

The judgment under review is affirmed, for the reasons
stated in the opinion of Mr. Justice Bergen in the Supreme
Court. In thus affirming we nevertheless desire to call atten-
tion to the fact that in 'the opinion below certain conditions
in the lease involved in the suit are misrecited as to the
order in which they appear in that instrument. In the
opinion it is stated that the lease provided that the lessee
should have the privilege of continuing the lease for a further
period of four years, &c., and that *subsequently* it was agreed
that either party might terminate the lease at the end of
the term by giving the other notice thereof, &c. In the
lease itself the provision for continuing comes first, and the
one for termination afterward. This, however, is immaterial.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
SWAYZE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK,
KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER,
JJ. 13.

*For reversal*—None.